HOWARD F. POTTER, Respondent, *v.* MICHAEL T. WATTS, Appellant.

(Argued June 5, 1933; decided July 11, 1933.)

*Grattan B. Shults* for appellant.

*Stephen Callaghan, William S. Butler* and *Arthur D. Cohen* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.